# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

```
WADE PLUFF, Register No. 1124650

     v.

ATTORNEY GENERAL OF MISSOURI, et al
```

Case Number:   06-4053-CV-C-NKL

_   *Jury Verdict.* This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_x_   *Decision by Court.*  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

–   that the Magistrate Judge's March 20, 2006 Report and Recommendation is adopted.  It is further

–   Ordered that plaintiff's claims are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.


ENTERED ON:  June 13, 2006


June 13, 2006

Date

                                        PATRICIA L. BRUNE

                                        Clerk

                                        /s L. Bax
                                        (By) Deputy Clerk